*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO. 1:07-cr-00014-MP-AK

GEOFFREY JAMES RUSSELL,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 198, Motion to Continue Sentencing by Geoffrey James Russell. The government agrees to the continuance. The sentencing is hereby reset to March 26, 2008, at 10:00 a.m.

**DONE AND ORDERED** this   *16th* day of January, 2008

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge